UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| BRUCE H. THOMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:23-cv-00128-TWP-KMB |
| | ) | |
| UNITED DEBT SETTLEMENT, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER REGARDING DISCOVERY DISPUTES**

Under Fed. R. Civ. P. 37(a)(1) and S.D. Ind. L.R. 37-1(a), counsel must confer in good faith to resolve a discovery dispute before involving the Court in the dispute.  If counsel have exhausted those efforts without resolving the dispute, they **must** seek a discovery conference with the Magistrate Judge before filing a formal motion to compel or other motion seeking relief related to discovery in the manner set forth below:

a) Discovery disputes generally.  Except in the circumstances covered by (b) and (c) below, counsel must (1) jointly or unilaterally file a motion for a discovery conference, setting forth very briefly and without argument the nature of the dispute **or** (2) jointly or unilaterally (copying all counsel) email JudgeBarrChambers@insd.uscourts.gov to request a conference and provide a brief description of the dispute.  Counsel must not unilaterally contact the Magistrate Judge's chambers regarding a discovery dispute absent compelling circumstances.

b) Disputes involving the failure to make *any* timely response whatsoever to a written discovery request.  In this circumstance, the requesting party must still comply with the requirements of Fed. R. Civ. P. 37(a)(1) and S.D. Ind. L.R. 37-1(a) to confer in good faith to resolve the matter, but counsel for the requesting party is not required to seek a discovery

conference with the Magistrate Judge before filing a motion to compel or other motion seeking relief related to discovery.

      c)    <u>Disputes involving an objection raised during a deposition that threatens to prevent the completion of the deposition.</u>  Counsel must call the Magistrate Judge's chambers at 317-229-3630 to determine whether the Magistrate Judge is available to hear argument and rule on the objection on the record of the deposition.  Parties are especially encouraged to follow this procedure for deposition objections involving *pro se* litigants or deponents if the objection threatens to prevent the completion of the deposition.

      **So ORDERED**.

Date: 10/18/2023

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email