**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | |
|---|---|
| BRUCE H. THOMPSON,<br><br>Plaintiff,<br><br>v.<br><br>UNITED DEBT SETTLEMENT, LLC,<br><br>Defendant. | Case No. 4:23-cv-00128-TWP-KMB |

### NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that BRUCE H. THOMPSON ("Plaintiff") hereby notifies the Court that Plaintiff and Defendant, UNITED DEBT SETTLEMENT, LLC, have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties anticipate this process to take no more than 60 days and request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement. The Parties propose to file a dismissal with prejudice within 60 days of submission of this Notice of Settlement and pray the Court to stay all proceedings until that time.

Respectfully submitted this 5th day of March 2024.

/s/ Nathan C. Volheim
Nathan C. Volheim, #6302103
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone: (630) 575-8181 x113
Fax: (630) 575-8188
nvolheim@sulaimanlaw.com
*Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

<em>/s/ Nathan C. Volheim</em><br>
Nathan C. Volheim