Acknowledged
TWP
July 3, 2024

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| BRUCE H. THOMPSON,<br><br>    Plaintiff,<br>v.<br><br>UNITED DEBT SETTLEMENT, LLC,<br><br>    Defendant. | Case No. 4:23-cv-00128-TWP-KMB |

**AGREED STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, BRUCE H. THOMPSON, and the Defendant, UNITED DEBT SETTLEMENT, LLC, through their respective counsels, that the above-captioned action is dismissed, with prejudice, against, UNITED DEBT SETTLEMENT, LLC, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: July 2, 2024                                        Respectfully Submitted,

| BRUCE H. THOMPSON | UNITED DEBT SETTLEMENT, LLC |
|---|---|
| */s/ Nathan C. Volheim*<br>Nathan C. Volheim #6302103<br>*Counsel for Plaintiff*<br>Sulaiman Law Group, LTD<br>2500 S. Highland Avenue, Suite 200<br>Lombard, Illinois 60148<br>Phone: (630) 575-8181<br>Fax: (630) 575-8188<br>nvolheim@sulaimanlaw.com | */s/ Andrew T. Thomasson (with consent)*<br>Andrew T. Thomasson, Esq.<br>*Counsel for Defendant*<br>THOMASSON PLLC<br>350 Springfield Avenue, Suite 200<br>Summit, New Jersey 07901<br>Phone: (973) 665-2056<br>andrew@thomassonpllc.com |

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*/s/ Nathan C. Volheim*
Nathan C. Volheim